UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

_____

UNITED STATES OF AMERICA

v.                                                              Cr. No.  8:10-402 (MSS-TBM)

JOSE F. LOPESIERRA-GUTIERREZ
_____

**DEFENDANT JOSE LOPESIERRA'S RESPONSE TO DEFENDANT JACINTO ENRIQUE BAEZ-BAEZ NOTICE OF POTENTIAL CONFLICT**

**COMES NOW**, Linda George, Attorney at Law on behalf of defendant, Jose F. Lopersierra-Gutierrez, (hereinafter referred to as "defendant/Lopesierra") and does hereby state the following:

1. I am the attorney for defendant, Lopesierra in the above captioned matter.

2. I have read the "Notice of Potential Conflict", filed by attorney Jeffrey G. Brown, attorney for co-defendant Jacinto Enriquez Baez-Baez.  In response to same, I hereby advise the court that I have never under any circumstance, whether in Colombia or the United States, acted as attorney for co-defendant Jacinto Enrique Baez-Baez.

3. Accordingly, it is respectfully submitted that a *Garcia* hearing is not required.

**WHEREFORE**, it is respectfully requested that the court note same.

Respectfully submitted,

 s/Linda George
**LINDA GEORGE**
 *Attorney for Defendant*
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
Fax: (201) 487-8807
lgdefense@yahoo.com

Dated: September 19, 2013

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on September 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

s/Linda George
**LINDA GEORGE**
*Attorney for Defendant*
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
Fax: (201) 487-8807
lgdefense@yahoo.com

Dated: September 19, 2013