UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:   Request from Sweden Pursuant
to the Treaty Between the                    Case No. 8:10-CR-402-T-35TBM
Government of the United States of
America and the Government of
Sweden on Mutual Assistance in
Criminal Matters in the Matter of
Diego Rodolfo Baez-Baez,
Jacinto Enriquez Baez-Baez, and
Jose Fernando Lopesierra-Gonzalez
_____/

**MOTION TO ALLOW TAKING OF A DEPOSITION PURSUANT TO
THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS
AND TITLE 18, UNITED STATES CODE, SECTION 3512**

The United States of America petitions this Court for an order, pursuant to 18

U.S.C. § 3512, and its own inherent authority, to permit Sweden authorities to collect

evidence from witnesses by video teleconference (VTC) deposition on March 20-21,

2014 in the United States Federal Courthouse in Tampa, Florida.

1.      The undersigned Assistant United States Attorney is the Assistant United

States Attorney in the above-captioned case, and was contacted by the United States

Department of Justice's Office of International Affairs to execute the request by the

Government of Sweden.

2.      The request is for the taking of the video-teleconference (VTC)

deposition's on March 20-21, 2014 of Diego Rodolfo Baez-Baez, Jacinto Enriquez

Baez-Baez, and Jose Fernando Lopesierra-Gonzalez so they may provide testimony as

witnesses in a criminal prosecution being conducted by the government of Sweden.

3.      Defendants are in the custody of the United States Bureau of Prisons and have been cooperating with U.S. authorities in drug-related investigations.   It is anticipated they will be ready and willing to offer testimony relevant to a criminal prosecution being conducted by the government of Colombia.

4.      It is requested that a VTC deposition for these witnesses be scheduled for March 20-21, 2014 in the conference room of the United States Federal Courthouse in Tampa, Florida.   It is anticipated the deposition will last from 8:30am until 4:30am.   The Government of Sweden will cover the costs for the video-teleconference.

WHEREFORE, based upon the aforementioned, the United States respectfully requests this Honorable Court permit the taking of the VTC depositions of Diego Rodolfo Baez-Baez, Jacinto Enriquez Baez-Baez, and Jose Fernando Lopesierra-Gonzalez by Sweden authorities.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney


By:     /s/ Joseph K. Ruddy
        JOSEPH K. RUDDY
        Assistant United States Attorney
        Chief, Narcotics Section
        United States Attorney No. 037
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813)274-6000
        Facsimile:   (813)274-6125
        E-mail:     Joseph.ruddy@usdoj.gov

**U.S. v. Diego Baez-Baez, et al.**                    **Case No. 8:10-CR-402-T-35TBM**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2014, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Jay White, Esq.

Linda George, Esq.

Jeffrey Brown, Esq

*/s/ Joseph K. Ruddy*
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney Number 037
400 N. Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone: (813)274-6000
Facsimile:   (813)274-6125
E-Mail:     joseph.ruddy@usdoj.gov

T:\_Criminal Cases\B\Baez-Baez, Diego Rodolfo_2010R02222_JKR\p_Motion to take Deposition (MLAT).docx