UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

_____

UNITED STATES OF AMERICA

     v.                                    Cr. No.  8:10-402 (MSS-TBM)

JOSE F. LOPESIERRA-GUTIERREZ
_____

### UNOPPOSED SEVENTH MOTION TO CONTINUE TRIAL TO THE SEPTEMBER 2014, TRIAL CALENDAR TERM

**COMES NOW**, Defendant, Jose F. Lopersierra-Gutierrez, hereinafter referred to as "defendant/Lopesierra") by and through his attorney Linda George, and does hereby respectfully move this Honorable Court to continue trial date to no sooner than the September 2014, trial calendar term.

1. Trial is presently set for the May 2014, trial calendar term, specifically May 5, 2014. (D.E. 157).

2. Jose F. Lopesierra-Gutierrez, was extradited to the United States from Colombia on March 1, 2012.   Defendant Lopesierra-Gutierrez is charged in an indictment along with two (2) other individuals. All three defendants are accused of participating for several years in maritime smuggling of multi ton quantities of cocaine.

3. Co-defendant, Jacinto Baez-Baez, ("J.Baez") entered a guilty plea on September 17, 2013.  (D.E. 114 ) and is awaiting sentencing.

4. Co-defendant, Diego Baez-Baez, ("D. Baez") entered a guilty plea on September 17, 2013. (.D.E. 115) and is awaiting sentencing.

5. As set forth in the "United States Joint Status Report for April , 2014", (Status Report) (D.E.  156 ), the United States has  provided discovery materials and plea negotiations are ongoing. The Status report also states that the United States has been in continuous discussions with Counsel for the defendant concerning the possibility of resolving the case prior to trial.

6. Undersigned counsel has conferred with Defendant Lopesierra, and he has agreed to a continuance of trial until no sooner than the September, 2014 trial term calender. Accordingly, Defendant, Lopesierra has signed a "Waiver of Speedy Trial" through September 15, 2014, and the same is being filed simultaneous to the within motion.

7. Undersigned counsel has discussed this motion with AUSA Joseph Ruddy. Mr. Ruddy has no objection to the requested continuance of trial until no sooner that the September, 2014 trial term calender.

8. Mr. Lopesierra requires substantial additional time to review discovery and perfect plea negotiations with the United States, due to certain new developments which have occurred since defendant's last application to the court and as has been filed via ECF for public viewing, (*See* Docket Entry Nos. 153 and 154 ). The review of certain recent matters during this extended time period should lend way to a resolution by way of a plea.

**WHEREFORE**, Defendant, Jose F. Lopesierra-Gutierrez, requests that the Honorable Court continue the trial in this matter to no earlier than the September , 2014 trial term calendar.

Respectfully submitted,

s/Linda George
**LINDA GEORGE**
*Attorney for Defendant*
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225
Fax: (201) 487-8807
lgdefense@yahoo.com

Dated: April 24, 2014

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on April 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to all counsel of record.

        Respectfully submitted,

        s/Linda George
        **LINDA GEORGE**
        *Attorney for Defendant*
        577 Summit Avenue
        Hackensack, New Jersey 07601
        (201) 487-5225
        Fax: (201) 487-8807
        lgdefense@yahoo.com

Dated: April 24, 2014