UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:10-CR-402-T-35TBM

JACINTO ENRIQUE BAEZ-BAEZ
_____/

**DEFENDANT'S RESPONSE TO COURT'S ORDER (Doc. 191)**

**COMES NOW**, the Defendant, JACINTO ENRIQUE BAEZ-BAEZ, by and through the undersigned counsel, and files this response to this Honorable Court's Order of August 5, 2014 (Doc. 191), and in furtherance thereof states the following:

The Defendant contends that all the substantial assistance portions of the Sentencing Hearing that took place on Wednesday, July 30, 2014, should remain sealed and confidential.

**WHEREFORE**, the Defendant respectfully requests that the transcripts of the substantial assistance portion of the Sentencing remain sealed and confidential.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that notification of this filing will be sent to all interested persons on this 7th day of August, 2014.

    Respectfully submitted,

    */s/ Jeffrey G. Brown*
    JEFFREY G. BROWN, ESQ.
    Brown & Doherty, P.A.
    450 Carillon Parkway, Suite 120
    St. Petersburg, FL 33716
    (727) 299-0099, Fax (727) 299-0044
    FBN 832431
    jeff@brownanddoherty.com