# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

_____

UNITED STATES OF AMERICA

     v.                                                        Cr. No. 8:10-402 (MSS-TBM)

JOSE F. LOPESIERRA-GUTIERREZ

_____

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

     **COMES NOW**, Defendant, Jose F. Lopersierra-Gutierrez, hereinafter referred to as "defendant/Lopesierra") by and through his attorney Linda George, does hereby with the consent of the government  respectfully move this Honorable Court to continue the sentencing date to date no sooner than April 14, 2015, based on the following:.

     1.     Sentence in this matter is scheduled for February 19, 2015 at 9:00 a.m.

     2.     Certain matters involving the defendant are still pending with the government and should be resolved within the next month.  In addition , AUSA Ruddy advises that he will not be in Tampa for the February date and wishes to be present for the defendant's sentencing.  Accordingly and in an exercise of caution,  it is respectfully requested that the defendant's sentencing be rescheduled for any date after April 14, 2015

     3.     As per the above,  AUSA Joseph Ruddy, has no objection to the requested continuance.

     **WHEREFORE**, Defendant, Jose F. Lopesierra-Gutierrez, requests that the

Honorable Court continue the sentence in this matter to a date convenient to the court after April 14, 2015.

        Respectfully submitted,

        s/Linda George
        **LINDA GEORGE**
        *Attorney for Defendant*
        577 Summit Avenue
        Hackensack, New Jersey 07601
        (201) 487-5225
        Fax: (201) 487-8807
        lgdefense@yahoo.com

Dated: January 28, 2015

**CERTIFICATION OF SERVICE**

      I HEREBY CERTIFY that on January 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to all counsel of record.

      Respectfully submitted,

      s/Linda George
      **LINDA GEORGE**
      *Attorney for Defendant*
      577 Summit Avenue
      Hackensack, New Jersey 07601
      (201) 487-5225
      Fax: (201) 487-8807
      lgdefense@yahoo.com

Dated: January 28, 2015